UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANTONIO DE JESUS PEREZ, | ) |
| | ) Case No.: 2:20-CV-00132-GJS |
| Plaintiff, | ) |
| | ) |
| vs. | ) **[PROPOSED] ORDER OF** |
| | ) **REMAND** |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED:  September 4, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-